# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| WASEEM DAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:19-CV-126 (MTT) |
| ) | |
| TIMOTHY WARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

On April 8, 2019, Plaintiff Waseem Daker filed his complaint alleging various 42 U.S.C. § 1983 violations and paid the $400 filing fee. Doc. 1. He proceeded to file various motions. Docs. 6; 7; 8.

On September 5, United States Magistrate Judge Charles Weigle denied Daker's motions to expedite (Docs. 7; 8), ordered him to recast his complaint, and recommended that the Court deny his motion for a preliminary injunction (Doc. 6). Doc. 9. On October 10, the Court adopted the Recommendation and denied Daker's motion for a preliminary injunction. Doc. 16. On October 25, Daker filed his notice of appeal as to the Order (Doc. 16) without paying the filing fee. Doc. 18. On June 17, 2020, the Eleventh Circuit denied Daker's motion for leave to proceed on appeal *in forma pauperis*. Doc. 35.

Before the Eleventh Circuit denied Daker's motion, Daker moved this Court to vacate and reconsider its order adopting the Magistrate Judge's Recommendation pursuant to Federal Rule of Civil Procedure 59(e) (Doc. 16), along with multiple supplemental motions. Docs. 21; 25; 26; 27. That same day, he moved, again, for the same preliminary injunction or temporary restraining order and moved to recuse

Magistrate Judge Weigle and the undersigned.  Docs. 22; 23; 24.  The Court denied all motions.  Doc. 28.

On April 27, Daker moved for leave to appeal IFP the Court's order denying those motions (Doc. 28).  Doc. 34.  In other words, Daker wishes to appeal the Court's order denying his motion to vacate the Court's previous order adopting the Magistrate Judge Recommendation, which he already appealed and the Eleventh Circuit denied.  *Id.  See also* Docs. 9; 16; 28; 35.  In support of his argument, Daker cites another case of his where the Eleventh Circuit granted his motion to appeal IFP due to "imminent danger of serious physical injury."  Doc. 34 at 13 (citing *Daker v. Commissioner*, No. 19-11849-AA (11th Cir. Mar. 27, 2020)).  However, as the Eleventh Circuit has already stated in its June 17 order denying his previous motion to proceed IFP in this case, Daker "is not currently under imminent danger of serious physical injury."  Doc. 35.  Accordingly, his motion for leave to appeal IFP (Doc. 34) is **DENIED**.

**SO ORDERED**, this 10th day of July, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
