IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WASEEM DAKER, | * |
| Plaintiff, | * |
| v. | Case No.  5:19-cv-00126-MTT |
| | * |
| TIMOTHY WARD, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 6, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of February, 2023.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk